AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JEFFREY MICHAEL ETTER

)  Case: 1:23-mj-00043
)  Assigned To : Upadhyaya, Moxila A.
)  Assign. Date : 2/22/2023
)  Description: Complaint W/ Arrest Warrant
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) JEFFREY MICHAEL ETTER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capital Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capital Building .

Date: 02/22/2023

_____
Digitally signed by Moxila A. Upadhyaya
Date: 2023.02.22 17:03:26 -05'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 02/22/2023, and the person was arrested on (date) 02/24/2023
at (city and state) Chesapeake, Virginia.

Date: 02/24/2023

_____
*Arresting officer's signature*

Rakesha Darden, Special Agent
*Printed name and title*